B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ventana Financial Resources, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3295277** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1230Park Avenue West, #216**<br>**Highland Park, IL**<br>ZIP Code **60035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 33**<br>**Deerfield, IL**<br>ZIP Code **60015** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information    *** Donna B. Wallace 6200260 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) | | Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ventana Financial Resources, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Ventana Financial Resources, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Donna B. Wallace**
   Signature of Attorney for Debtor(s)

   **Donna B. Wallace 6200260**
   Printed Name of Attorney for Debtor(s)

   **Joseph A. Baldi & Associates, P.C.**
   Firm Name

   **19 South LaSalle Street**
   **Suite 1500**
   **Chicago, IL 60603**

   Address

                        **Email: jabaldi@ameritech.net**
   **312-726-8150  Fax: 312-332-4629**
   Telephone Number

   **August 31, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert J. Montano**
   Signature of Authorized Individual

   **Albert J. Montano**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **August 31, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Ventana Financial Resources, Inc.**                                            Case No. _____
_____,
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Albert J. Montano** **Northern District of Illinois** | **10-39189** **100% shareholder** | **08/23/10** **Goldgar** |
| **Moon Rise Holdings LLC** **Northern District of Illinois** | **N/A** **Affiliate** | **08/23/10** **Goldgar** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ventana Financial Resources, Inc.**
                                                                      ,
                                    Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 254,510.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 35,001,869.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 14 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 254,510.00 | | |
| Total Liabilities | | | | 35,016,869.39 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ventana Financial Resources, Inc.**                                           ,
                                    Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Ventana Financial Resources, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Ventana Financial Resources, Inc.** _____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Accounts** | - | 26.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **26.00**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Tony E. Vallejos** **7715 N. Martin Street** **Spokane, WA  99217** **Amount of loan - $58,000** **(filed bankruptcy)** | - | 0.00 |
| | | **Meridian Media Group** **800 E. Northwest Highway** **7th Floor, Harris Bank Building** **Palatine, IL  60674** **Debtor gave notes to Heyke to secure $15,000. Per Meridian, it paid Heyke for the notes and canceled the debt. Neither Meridian nor Heyke will provide Debtor with detail of the transaction** | - | 241,384.00 |
| | | **Image, Inc.** **910 Skokie Blvd** **Suite 204** **Skokie, IL  60062** | - | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        251,384.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**
,    Case No. _____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Mercedes 300E** | - | 2,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desk, Chairs,  File Cabinets, Shelving, Boxes, Printers** **Extra Space Self Storage** **1610 Old Deerfield Road** **Highland Park, IL** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >       3,100.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---:|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **254,510.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Ventana Financial Resources, Inc._____,  Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | W | J C | | | | | | |
| Account No. | | | | | Meridian Media Group 800 E. Northwest Highway 7th Floor, Harris Bank Building Palatine, IL 60674 | | | | | |
| Heyke III, Ericson 875 N. Michigan Anenue Suite 1300 Chicago, IL 60611 | X | - | | | Debtor gave notes to Heyke to secure $15,000. Per Meridian, it paid Heyke for the notes and canceled the debt. Neither Meridian nor Heyk | | | X | | |
| | | | | | Value $ 241,384.00 | | | | 15,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0___ continuation sheets attached

| | | Subtotal (Total of this page) | 15,000.00 | 0.00 |
|---|---|---|---|---|
| | | Total (Report on Summary of Schedules) | 15,000.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Ventana Financial Resources, Inc.**                                               Case No. _____

                                            ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                    __0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Ventana Financial Resources, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adekoya, David** <br> **1151 W. Washington** <br> **Apartment 123** <br> **Chicago, IL 60607** | X | - | **2005** <br> **Royal Island Project** | | | | **25,000.00** |
| Account No. <br><br> **Afini, Robert W** <br> **419 Orchard Lane** <br> **Arlington Heights, IL 60005** | X | - | **2005** <br> **Loans/Investments** | | | | **217,475.00** |
| Account No. <br><br> **Afini, Robert W** <br> **419 Orchard Lane** <br> **Arlington Heights, IL 60005** | X | - | **2005** <br> **Royal Island Project** | | | | **100,000.00** |
| Account No. <br><br> **Akhta, Saeed** <br> **8231 Lynch Drive** <br> **Orlando, FL 32835-5901** | X | - | **2005** <br> **Royal Island Project** | | | | **50,000.00** |

__17__ continuation sheets attached

Subtotal
(Total of this page)    **392,475.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:26190-100802    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ventana Financial Resources, Inc.** _____,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ali, Mustafa** <br> **6611 N. Harding** <br> **Lincolnwood, IL 60712** | X | - | **2005** <br> **Royal Island Project** | | | | 100,000.00 |
| Account No. <br><br> **Anwar, Zaki** <br> **15140 Rodeo Drive** <br> **Orland Park, IL 60467** | X | - | **2005** <br> **Royal Island Project** | | | | 50,000.00 |
| Account No. <br><br> **Bendix, Bruce W** <br> **21720 W. Long Grove Road** <br> **Suite C-302** <br> **Barrington, IL 60010** | X | - | **Loan /Investment** | | | | 5,000.00 |
| Account No. <br><br> **Bittman, James B** <br> **68999 Wildwood Ave** <br> **Chicago, IL 60646-1333** | X | - | **Loan/Investment** | | | | 2,000.00 |
| Account No. <br><br> **Borling, John L** <br> **1979 Harlem Blvd.** <br> **Rockford, IL 61103** | X | - | **2005** <br> **Royal Island Project** | | | | 16,049,837.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 16,206,837.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**                                    Case No. _____
                                                        ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Consulting Services | | | | |
| Breuer Partners & Co. 2830 Cherry Lane Northbrook, IL 60062 | X | - | | | | | | 7,200.00 |
| Account No. | | | | 2009 Services | | | | |
| Cannon, Douglas R 8930 Gross Point Road Suite 200 Skokie, IL 60077 | X | - | | | | | | 4,412.00 |
| Account No. xxxx-xxxx-xxxx-2912 | | | | Revolving Credit Card | | | | |
| Capital One Bank Bankruptcy Department PO Box 5155 Norcross, GA 30091 | X | - | | | | | | 14,654.71 |
| Account No. | | | | Representing: Capital One Bank | | | | Notice Only |
| Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046 | | | | | | | | |
| Account No. | | | | Representing: Capital One Bank | | | | Notice Only |
| Blitt and Gaines, PC 661 W. Glenn Avenue Wheeling, IL 60090 | | | | | | | | |

Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      26,266.71

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**                                     ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** **NCO Financial Systems** **1804 Washington Blvd.** **Mail Stop 450** **Baltimore, MD 21230** | | | | Representing: Capital One Bank | | | | **Notice Only** |
| **Account No.** **Northland Group, Inc.** **P.O. Box 390846** **Edina, MN 55439** | | | | Representing: Capital One Bank | | | | **Notice Only** |
| **Account No.** **CDN Surgical Associates** **C/o James Unti** **2515 N. Clark, Suite 903** **Chicago, IL 60614** | X | - | | Loan/Investment | | | | **2,000.00** |
| **Account No.** **Chain, John T** **142 Spring Creek** **Silt, CO 81652** | X | - | | 2005 Royal Island Project | | | | **11,500,000.00** |
| **Account No.** **Craig, Cynthia** **C/o Atlas & Leviton (Bob Brodsky)** **950 Milwaukee Ave., #224** **Glenview, IL 60025** | X | - | | 2005 Royal Island Project | | | | **150,000.00** |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,652,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.**                                      ,      Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Crescenzo, Marc**<br>**36 W 441 Bristol Road**<br>**Saint Charles, IL 60175** | X | - | Loan/Investment | | | | **10,000.00** |
| Account No.<br><br>**Crockett, Lester E**<br>**932 Linden Lane**<br>**Glenview, IL 60025** | X | - | Loan/Investment | | | | **42,857.00** |
| Account No.<br><br>**Daniel P. Coffey and Assoc.**<br>**233 S. Wacker**<br>**Suite 5759**<br>**Chicago, IL 60606** | X | - | Loan/Investment | | | | **1,250.00** |
| Account No.<br><br>**Douglas R. Cannon & Assoc.**<br>**8930 Gross Pointe Road**<br>**Suite 200**<br>**Skokie, IL 60077** | X | - | Legal Services | | | | **4,412.00** |
| Account No.<br><br>**Dowling, Brian J**<br>**368 Fairbank Road**<br>**Riverside, IL 60546** | X | - | Loan/Investment | | | | **93,427.00** |

Sheet no. __4__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    **151,946.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.**                                    Case No. _____
                                                                    ,
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan/Investment | | | | |
| **Estate of Ralph Falk II** **PO Box 924** **Rancho Santa Fe, CA 92067** | X | - | | | | | | 245,669.00 |
| Account No. | | | | Loan/Investment | | | | |
| **Estate of Steven A. Teitelbaum** **3645 Torrey Pines Parkway** **Northbrook, IL 60062** | X | - | | | | | | 55,000.00 |
| Account No. | | | | Loan/Investment | | | | |
| **Estate of William S. Hayman** **4 Juniper Hill Rd., N.E.** **Albuquerque, NM 87122** | X | - | | | | | | 34,066.00 |
| Account No. | | | | 2009 Services | | | | |
| **Foy, Jeff M** **288 Churchill Street** **Northfield, IL 60093** | | - | | | | | | 3,000.00 |
| Account No. | | | | Loan/Investment - Ventana Financial & Moon Rise Holdings | | | | |
| **Fresen, Gary** **2540 Violet Street** **Glenview, IL 60025** | X | - | | | | | | 21,000.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**358,735.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Fund, Inc. 1230 Park Avenue West, #216 Highland Park, IL 60035** | X | - | | Loan/Investment | | | | 50,020.00 |
| Account No. **Galowich, Rita 1230 Park Avenue West, #216 Highland Park, IL 60035** | X | - | | Loan/Investment | | | | 109,980.00 |
| Account No. **Gerber, Brian H. 201 Aqua Ave., #801 Miami Beach, FL 33141** | X | - | | Loan/Investment | | | | 200,000.00 |
| Account No. **Gerber, Brian H. 201 Aqua Ave., #801 Miami Beach, FL 33141** | X | - | | 2005 Royal Island Project | | | | 240,000.00 |
| Account No. **Great Midwest Packaging C/o Darrell Van Dyke 712 Anita Avenue Antioch, IL 60002** | X | - | | Loan/Investment | | | | 3,500.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **603,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**                                        ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** | X | - | | **2007**<br>**Judgment** | | | | **87,000.00** |
| Account No.<br><br>**Hansford, Van Buren**<br>**3 Sherwood Ave**<br>**Greenwich, CT 06831** | X | - | | **Loan/Investment** | | | | **10,000.00** |
| Account No.<br><br>**Harnett, Timothy J**<br>**33 West Monroe, 19th Floor**<br>**Chicago, IL 60603** | X | - | | **Loan/Investment** | | | | **31,550.00** |
| Account No.<br><br>**Hefton, Carl**<br>**6031 Club Oaks Drive**<br>**Dallas, TX 75248** | X | - | | **Loan/Investment** | | | | **20,000.00** |
| Account No.<br><br>**Houdek, Gary**<br>**5727 North Central**<br>**Indianapolis, IN 46220** | X | - | | **Loan/Investment** | | | | **14,385.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**162,935.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ventana Financial Resources, Inc.**                                             ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Imam, Syed** <br> **701 S. Wells, Apt 1604** <br> **Chicago, IL 60607** | X | - | **2010** <br> **Services** | | | | 1,100.00 |
| Account No. <br><br> **Iron Man LLC** <br> **129 Madeira Drive, SE** <br> **Albuquerque, NM 87108** | X | - | **Loan/Investment - Ventana Financial & Moon Rise** | | | | 2,900.00 |
| Account No. <br><br> **Kalmus, Christopher** <br> **120 East Ogden** <br> **Suite 200** <br> **Hinsdale, IL 60521** | X | - | **Loan/Investment** | | | | 25,000.00 |
| Account No. <br><br> **Kantor, Arnold A** <br> **719 Lombardy Court** <br> **Deerfield, IL 60015** | X | - | **Loan/Investment** | | | | 2,500.00 |
| Account No. <br><br> **Leavitt, Phillip C** <br> **7508 N. Red Ledge Drive** <br> **Paradise Valley, AZ 85253-2850** | X | - | **Loan/Investment** | | | | 311,108.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

342,608.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan/Investment | | | | |
| **Lesser Lutrey & McGlynn, LLP** **582 North Oakwood** **Lake Forest, IL 60045** | X | - | | | | | | 2,000.00 |
| Account No. | | | | Loan/Investment | | | | |
| **Lightfoot, Michael J.** **680 Lions Drive** **Lake Zurich, IL 60047** | X | - | | | | | | 18,515.00 |
| Account No. | | | | Loan/Investment | | | | |
| **Lohmann, Donald G** **558 Riverside Place** **Lincolnshire, IL 60069** | X | - | | | | | | 12,500.00 |
| Account No. xxxxxxxxxxxx9597 | | | | Revolving Collections for Citibank | | X | | |
| **LTD Financial Services** **7322 Southwest Freeway, Suite 1600** **Houston, TX 77074** | X | - | | | | | | 326.82 |
| Account No. | | | | Loan/Investment | | | | |
| **Lucas-Andre Builders, Inc.** **C/o Jeffrey Andre** **27850 Ima Lee Circle, Suite 106** **Lake Forest, IL 60045** | X | - | | | | | | 23,200.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,541.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.**                                   ,     Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan/Investment | | | | |
| Malloy, Timothy J 1205 Burr Ridge Club Drive Willowbrook, IL 60527 | X | - | | | | | | 39,993.00 |
| Account No. | | | | 2005 Royal Island Project | | | | |
| Massuti, Vera 2736 N. Hampden Court Suite 108 Chicago, IL 60614 | X | - | | | | | | 50,000.00 |
| Account No. | | | | Loan/Investment | | | | |
| Means, Kenneth 315 LaGrange Rd. La Grange Park, IL 60526 | X | - | | | | | | 190,734.00 |
| Account No. | | | | Loan/Investment | | | | |
| Merrick, Stephen M. 2440 Lakeview, Apt. 9F Chicago, IL 60614-2872 | X | - | | | | | | 3,000.00 |
| Account No. | | | | Loan/Investment | | | | |
| Metrosource, Inc. Attn: George Tomaszewicz 6756 N. Harlem Chicago, IL 60631 | X | - | | | | | | 105,000.00 |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

388,727.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventana Financial Resources, Inc.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Loan/Investment | | | | |
| Meyer, John J PO Box 246 Newport, RI 02840 | X | - | | | | | | 52,500.00 |
| Account No. | | | | 2005 Royal Island Project | | | | |
| Meyer, Margaret Van Waard 10050 S. Damen Chicago, IL 60643 | X | - | | | | | | 100,000.00 |
| Account No. | | | | Loan/Investment | | | | |
| Miceli, Carmen 402 N. Wheeling Road Prospect Heights, IL 60070 | X | - | | | | | | 102,997.00 |
| Account No. | | | | 2005 Royal Island Project | | | | |
| Miska, Peter 200 South Frontage Road Willowbrook, IL 60527 | X | - | | | | | | 200,000.00 |
| Account No. | | | | 2005 Royal Island Project | | | | |
| Moss, Robert 184 Cedar Ave Highland Park, IL 60035 | X | - | | | | | | 66,012.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**521,509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.**                                    ,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx4.001** | | | | | Legal Fees | | | | |
| **Much Shelist 191 N. Wacker Drive Suite 1800 Chicago, IL 60606** | X | - | | | | | | | 94,668.36 |
| Account No. | | | | | | | | | |
| **Bernstein, Louis D The Bernstein Law Firm 350 N. Clark, Suie 400 Chicago, IL 60654-4712** | | | | | Representing: Much Shelist | | | | Notice Only |
| Account No. | | | | | Loan/Investment | | | | |
| **Murphy III, George J. 2170 Arielle Drive, #708 Naples, FL 34109** | X | - | | | | | | | 7,011.04 |
| Account No. | | | | | 2005 Royal Island Project | | | | |
| **Nazir, Saif 85 Windmill Road Orland Park, IL 60467** | X | - | | | | | | | 1,530,882.00 |
| Account No. | | | | | 2005 Royal Island Project | | | | |
| **Negronida, Jane O. 1351 Nyoda Place Highland Park, IL 60035** | X | - | | | | | | | 305,010.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,937,571.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ventana Financial Resources, Inc.**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan/Investment | | | | |
| Nieto, Arthur 201 N Bragg Warren, AR 71671 | X | - | | | | | | 2,800.00 |
| Account No. | | | | Loan/Investment | | | | |
| Nuno, Peter 17749 S. Torrence Lansing, IL 60438 | X | - | | | | | | 5,867.36 |
| Account No. xxxx-xxxx-xxxx-1419 | | | | Revolving Credit Card - | | | | |
| Office Depot 4740 121st Street Urbandale, IA 50323 | X | - | | | | | | 2,066.10 |
| Account No. | | | | Loan/Investment | | | | |
| Palmer, Potter 270 E. Westminster, 2nd Floor Lake Forest, IL 60045 | X | - | | | | | | 119,500.00 |
| Account No. | | | | Loan/Investment | | | | |
| R.W. Taylor, Jr. Living Trust 699 Revere Road Glen Ellyn, IL 60137 | X | - | | | | | | 25,000.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,233.46

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventana Financial Resources, Inc.**                                                ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9366**<br><br>**Risk Management Alternatives**<br>**802 E. Martintown Rd**<br>**Suite 201**<br>**North Augusta, SC 29841** | X | - | Collection for debt - Ventana Financial | | | | 12,174.00 |
| Account No.<br><br>**Ruotolo Associates**<br>**Attn:  George Ruotolo**<br>**29 Broadway**<br>**Cresskill, NJ 07626** | X | - | Service - Ventana Financial & Moon Rise Holdings | | | | 10,000.00 |
| Account No.<br><br>**Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** | X | - | 2005<br>Royal Island Project | | | | 25,000.00 |
| Account No. **MONT-NTF**<br><br>**Schoenberg, Finkle Newman et al.**<br>**222 South Riverside**<br>**Suite 2100**<br>**Chicago, IL 60606** | X | - | Legal fees | | | | 36,805.00 |
| Account No.<br><br>**Shawgate Lake Forest, LLC**<br>**Four Market Square Court**<br>**Lake Forest, IL 60045** | X | - | Back rent & balance of lease which terminates 3/2011 - Ventana Financial | | | | 91,379.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

175,358.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ventana Financial Resources, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxx-xx6-585** <br><br> **Shell Fleet** <br> **PO Box 9016** <br> **Des Moines, IA 50368** | X | - | | Revolving <br> **Credit Card - Ventana Financial** | | | | 1,329.00 |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd** <br> **St. Charles, MO 63301-4047** | | | | **Representing:** <br> **Shell Fleet** | | | | Notice Only |
| Account No. <br><br> **GC Services Limited Partnership** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | | | **Representing:** <br> **Shell Fleet** | | | | Notice Only |
| Account No. <br><br> **Shell Fleet** <br> **PO Box 689081** <br> **Des Moines, IA 50368-9081** | | | | **Representing:** <br> **Shell Fleet** | | | | Notice Only |
| Account No. <br><br> **Smith, Robert Clay** <br> **716 Washington Court** <br> **Grand Junction, CO 81503** | X | - | | Loan/Investment - Ventana Financial & Moon Rise Holdings | | | | 10,000.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,329.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventana Financial Resources, Inc.** _____ ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Loan/Investment | | | | |
| Stone, Steven M. & Michael<br>161 N. Clark<br>Suite 3100<br>Chicago, IL 60601-3224 | X | - | | | | | | | Unknown |
| Account No. | | | | | Loan/Investment - | | | | |
| Taber, Frank M.<br>3000 Green Mountain Drive<br>Branson, MO 65616 | X | - | | | | | | | 14,655.00 |
| Account No. | | | | | 2005<br>Royal Island Project | | | | |
| Tobias, Andrew P.<br>787 N.E. 71st Street<br>Miami, FL 33138 | X | - | | | | | | | 662,172.00 |
| Account No. | | | | | 2005<br>Breach of Contract, Lake Forest Partners | | | | |
| Truitt, Diane<br>C/o Concepcion, Sexton & Martinez<br>355 Alhambra Circle, Ste. 1250<br>Miami, FL 33134 | | - | | | | X | | X | Unknown |
| Account No. | | | | | Loan/Investment | | | | |
| Unti, James A.<br>1000 South Knight Ave<br>Park Ridge, IL 60068 | X | - | | | | | | | 2,500.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     679,327.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ventana Financial Resources, Inc.**                                    Case No. _____
                                                     ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Partnership Liabilities Ventana Financial | | | | |
| Weissman, Mark D. 3238 N. Lakewood Chicago, IL 60657 | X | - | | | | | | 856,352.00 |
| Account No. | | | | Loans - Ventana Financial Default Judgment | | | | |
| Wittenberg, Richard C 3411 Camino Corte Carlsbad, CA 92009 | X | - | | | | | | 95,520.00 |
| Account No. | | | | Representing: Wittenberg, Richard C | | | | |
| Teller Levit & Silvertrust 11 East Adams Street, Suite 800 Chicago, IL 60603 | | | | | | | | Notice Only |
| Account No. | | | | 2005 Royal Island Project | | | | |
| Yeterian, Matt 2000 Spring Road Suite 200 Oak Brook, IL 60523 | X | - | | | | | | 224,398.00 |
| Account No. | | | | 2007-2010 Parking fees | | | | |
| Yogi Gandhi C/o Tim O'Leary PO Box 29 Lake Forest, IL 60045 | X | - | | | | | | 2,700.00 |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,178,970.00 |
| Total (Report on Summary of Schedules) | 35,001,869.39 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Ventana Financial Resources, Inc.** ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Ventana Financial Resources, Inc.**                                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |

**13**
____ continuation sheets attached to Schedule of Codebtors

In re    **Ventana Financial Resources, Inc.**                                    Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |

Sheet __1__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Ventana Financial Resources, Inc.**                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |

Sheet  __2__  of  __13__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **Ventana Financial Resources, Inc.**                                    Case No. _____
_____ ,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Imam, Syed**<br>**701 S. Wells, Apt 1604**<br>**Chicago, IL 60607** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Bendix, Bruce W**<br>**21720 W. Long Grove Road**<br>**Suite C-302**<br>**Barrington, IL 60010** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Bittman, James B**<br>**68999 Wildwood Ave**<br>**Chicago, IL 60646-1333** |

Sheet __3__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re   __Ventana Financial Resources, Inc._____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Breuer Partners & Co.**<br>**2830 Cherry Lane**<br>**Northbrook, IL 60062** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Cannon, Douglas R**<br>**8930 Gross Point Road**<br>**Suite 200**<br>**Skokie, IL 60077** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Capital One Bank**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **CDN Surgical Associates**<br>**C/o James Unti**<br>**2515 N. Clark, Suite 903**<br>**Chicago, IL 60614** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Crescenzo, Marc**<br>**36 W 441 Bristol Road**<br>**Saint Charles, IL 60175** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Crockett, Lester E**<br>**932 Linden Lane**<br>**Glenview, IL 60025** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Daniel P. Coffey and Assoc.**<br>**233 S. Wacker**<br>**Suite 5759**<br>**Chicago, IL 60606** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Dowling, Brian J**<br>**368 Fairbank Road**<br>**Riverside, IL 60546** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Estate of Ralph Falk II**<br>**PO Box 924**<br>**Rancho Santa Fe, CA 92067** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Estate of Steven A. Teitelbaum**<br>**3645 Torrey Pines Parkway**<br>**Northbrook, IL 60062** |

Sheet __4__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

In re   **Ventana Financial Resources, Inc.**    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Estate of William S. Hayman**<br>**4 Juniper Hill Rd., N.E.**<br>**Albuquerque, NM 87122** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Fresen, Gary**<br>**2540 Violet Street**<br>**Glenview, IL 60025** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Fund, Inc.**<br>**1230 Park Avenue West, #216**<br>**Highland Park, IL 60035** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Galowich, Rita**<br>**1230 Park Avenue West, #216**<br>**Highland Park, IL 60035** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Great Midwest Packaging**<br>**C/o Darrell Van Dyke**<br>**712 Anita Avenue**<br>**Antioch, IL 60002** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Hansford, Van Buren**<br>**3 Sherwood Ave**<br>**Greenwich, CT 06831** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Harnett, Timothy J**<br>**33 West Monroe, 19th Floor**<br>**Chicago, IL 60603** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Hefton, Carl**<br>**6031 Club Oaks Drive**<br>**Dallas, TX 75248** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Heyke III, Ericson**<br>**875 N. Michigan Anenue**<br>**Suite 1300**<br>**Chicago, IL 60611** |

Sheet  **5**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re    **Ventana Financial Resources, Inc.**                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Houdek, Gary**<br>**5727 North Central**<br>**Indianapolis, IN 46220** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Iron Man LLC**<br>**129 Madeira Drive, SE**<br>**Albuquerque, NM 87108** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Kalmus, Christopher**<br>**120 East Ogden**<br>**Suite 200**<br>**Hinsdale, IL 60521** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Kantor, Arnold A**<br>**719 Lombardy Court**<br>**Deerfield, IL 60015** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Leavitt, Phillip C**<br>**7508 N. Red Ledge Drive**<br>**Paradise Valley, AZ 85253-2850** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Lesser Lutrey & McGlynn, LLP**<br>**582 North Oakwood**<br>**Lake Forest, IL 60045** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Lightfoot, Michael J.**<br>**680 Lions Drive**<br>**Lake Zurich, IL 60047** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Lohmann, Donald G**<br>**558 Riverside Place**<br>**Lincolnshire, IL 60069** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Lucas-Andre Builders, Inc.**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** |

Sheet __6__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re      **Ventana Financial Resources, Inc.**
_____,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Malloy, Timothy J**<br>**1205 Burr Ridge Club Drive**<br>**Willowbrook, IL 60527** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Means, Kenneth**<br>**315 LaGrange Rd.**<br>**La Grange Park, IL 60526** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Merrick, Stephen M.**<br>**2440 Lakeview, Apt. 9F**<br>**Chicago, IL 60614-2872** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Metrosource, Inc.**<br>**Attn: George Tomaszewicz**<br>**6756 N. Harlem**<br>**Chicago, IL 60631** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Meyer, John J**<br>**PO Box 246**<br>**Newport, RI 02840** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Miceli, Carmen**<br>**402 N. Wheeling Road**<br>**Prospect Heights, IL 60070** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Much Shelist**<br>**191 N. Wacker Drive**<br>**Suite 1800**<br>**Chicago, IL 60606** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Murphy III, George J.**<br>**2170 Arielle Drive, #708**<br>**Naples, FL 34109** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Nieto, Arthur**<br>**201 N Bragg**<br>**Warren, AR 71671** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Nuno, Peter**<br>**17749 S. Torrence**<br>**Lansing, IL 60438** |

Sheet __7__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    __Ventana Financial Resources, Inc._____,     Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Office Depot**<br>**4740 121st Street**<br>**Urbandale, IA 50323** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Palmer, Potter**<br>**270 E. Westminster, 2nd Floor**<br>**Lake Forest, IL 60045** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **R.W. Taylor, Jr. Living Trust**<br>**699 Revere Road**<br>**Glen Ellyn, IL 60137** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Risk Management Alternatives**<br>**802 E. Martintown Rd**<br>**Suite 201**<br>**North Augusta, SC 29841** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Ruotolo Associates**<br>**Attn:  George Ruotolo**<br>**29 Broadway**<br>**Cresskill, NJ 07626** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Schoenberg, Finkle Newman et al.**<br>**222 South Riverside**<br>**Suite 2100**<br>**Chicago, IL 60606** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Shawgate Lake Forest, LLC**<br>**Four Market Square Court**<br>**Lake Forest, IL 60045** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Shell Fleet**<br>**PO Box 9016**<br>**Des Moines, IA 50368** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Smith, Robert Clay**<br>**716 Washington Court**<br>**Grand Junction, CO 81503** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Stone, Steven M. & Michael**<br>**161 N. Clark**<br>**Suite 3100**<br>**Chicago, IL 60601-3224** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

In re    **Ventana Financial Resources, Inc.**               ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Taber, Frank M.**<br>**3000 Green Mountain Drive**<br>**Branson, MO 65616** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Unti, James A.**<br>**1000 South Knight Ave**<br>**Park Ridge, IL 60068** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Wittenberg, Richard C**<br>**3411 Camino Corte**<br>**Carlsbad, CA 92009** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Yogi Gandhi**<br>**C/o Tim O'Leary**<br>**PO Box 29**<br>**Lake Forest, IL 60045** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Douglas R. Cannon & Assoc.**<br>**8930 Gross Pointe Road**<br>**Suite 200**<br>**Skokie, IL 60077** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |

Sheet   **9**   of   **13**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Ventana Financial Resources, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |

Sheet __**10**__ of __**13**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **Ventana Financial Resources, Inc.**                                        ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Montano, Albert**<br>**1230 Park Ave. West**<br>**#216**<br>**Highland Park, IL 60035** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Moon Rise Holdings**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Fresen, Gary**<br>**2540 Violet Street**<br>**Glenview, IL 60025** |
| **Moon Rise Holdings**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Iron Man LLC**<br>**129 Madeira Drive, SE**<br>**Albuquerque, NM 87108** |
| **Moon Rise Holdings**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Ruotolo Associates**<br>**Attn:  George Ruotolo**<br>**29 Broadway**<br>**Cresskill, NJ 07626** |
| **Moon Rise Holdings**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Smith, Robert Clay**<br>**716 Washington Court**<br>**Grand Junction, CO 81503** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |

Sheet __11__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **Ventana Financial Resources, Inc.**                                          Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |

Sheet __**12**__ of __**13**__ continuation sheets attached to the Schedule of Codebtors

In re    **Ventana Financial Resources, Inc.**                                           ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |

Sheet __13__ of __13__ continuation sheets attached to the Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ventana Financial Resources, Inc.**                                      Case No.

                                                      Debtor(s)                    Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **42**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2010**                    Signature   **/s/ Albert J. Montano**

                                                        **Albert J. Montano**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ventana Financial Resources, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chain v. Montano et al 07 cv 6317** | **Breach of contract** | **US District Court Chicago, IL** | **Agreed judgment 7/1/2009** |
| **Wittenberg v. Montano et al 07 L 235** | **Breach of contract** | **Circuit Court Lake County** | **Judgment 6/1/2009** |
| **Truitt v. Lake Forest Partners** | **Arbitration** | **American Arbitration Assn. Atlanta, GA** | **Unknown** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Repossessions, foreclosures and returns

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph A. Baldi & Associates, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603** | **8/16/2010** | **$4,500 (includes filing fees)** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Montano, Albert** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Montano, Albert** | **President** | **100% of shares** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 31, 2010**                Signature    **/s/ Albert J. Montano**

**Albert J. Montano**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ventana Financial Resources, Inc.**                                    Case No. _____

Debtor(s)                          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,201.00** |
| Prior to the filing of this statement I have received | $ | **4,201.00** |
| Balance Due | $ | **0.00** |

2.    $   **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        □ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        □ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings regarding discharge or dischargeability of debt and other contested bankruptcy matters**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 31, 2010**                          **/s/ Donna B. Wallace**
**Donna B. Wallace 6200260**
**Joseph A. Baldi & Associates, P.C.**
**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**
**312-726-8150  Fax: 312-332-4629**
**jabaldi@ameritech.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ventana Financial Resources, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **92**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 31, 2010**

**/s/ Albert J. Montano**

**Albert J. Montano**/**President**
Signer/Title

Adekoya, David
1151 W. Washington
Apartment 123
Chicago, IL 60607


Afini, Robert W
419 Orchard Lane
Arlington Heights, IL 60005


Akhta, Saeed
8231 Lynch Drive
Orlando, FL 32835-5901


Ali, Mustafa
6611 N. Harding
Lincolnwood, IL 60712


Anwar, Zaki
15140 Rodeo Drive
Orland Park, IL 60467


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Bendix, Bruce W
21720 W. Long Grove Road
Suite C-302
Barrington, IL 60010


Bernstein, Louis D
The Bernstein Law Firm
350 N. Clark, Suie 400
Chicago, IL 60654-4712


Bittman, James B
68999 Wildwood Ave
Chicago, IL 60646-1333


Blitt and Gaines, PC
661 W. Glenn Avenue
Wheeling, IL 60090

Borling, John L
1979 Harlem Blvd.
Rockford, IL 61103


Breuer Partners & Co.
2830 Cherry Lane
Northbrook, IL 60062


Cannon, Douglas R
8930 Gross Point Road
Suite 200
Skokie, IL 60077


Capital One Bank
Bankruptcy Department
PO Box 5155
Norcross, GA 30091


CDN Surgical Associates
C/o James Unti
2515 N. Clark, Suite 903
Chicago, IL 60614


Chain, John T
142 Spring Creek
Silt, CO 81652


Christopher T. French
739 Timber Ridge
Fontana, WI 53125


Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO 63301-4047


Craig, Cynthia
C/o Atlas & Leviton (Bob Brodsky)
950 Milwaukee Ave., #224
Glenview, IL 60025


Crescenzo, Marc
36 W 441 Bristol Road
Saint Charles, IL 60175

Crockett, Lester E
932 Linden Lane
Glenview, IL 60025


Daniel P. Coffey and Assoc.
233 S. Wacker
Suite 5759
Chicago, IL 60606


Douglas R. Cannon & Assoc.
8930 Gross Pointe Road
Suite 200
Skokie, IL 60077


Dowling, Brian J
368 Fairbank Road
Riverside, IL 60546


Estate of Ralph Falk II
PO Box 924
Rancho Santa Fe, CA 92067


Estate of Steven A. Teitelbaum
3645 Torrey Pines Parkway
Northbrook, IL 60062


Estate of William S. Hayman
4 Juniper Hill Rd., N.E.
Albuquerque, NM 87122


Foy, Jeff M
288 Churchill Street
Northfield, IL 60093


Fresen, Gary
2540 Violet Street
Glenview, IL 60025


Fund, Inc.
1230 Park Avenue West, #216
Highland Park, IL 60035


Galowich, Rita
1230 Park Avenue West, #216
Highland Park, IL 60035

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Gerber, Brian H.
201 Aqua Ave., #801
Miami Beach, FL 33141


Great Midwest Packaging
C/o Darrell Van Dyke
712 Anita Avenue
Antioch, IL 60002


Greystone Business II, LLC
C/o Goldberg Kohn, et al
55 E. Monroe, Suite 3700
Chicago, IL 60603


Hansford, Van Buren
3 Sherwood Ave
Greenwich, CT 06831


Harnett, Timothy J
33 West Monroe, 19th Floor
Chicago, IL 60603


Hefton, Carl
6031 Club Oaks Drive
Dallas, TX 75248


Heyke III, Ericson
875 N. Michigan Anenue
Suite 1300
Chicago, IL 60611


Houdek, Gary
5727 North Central
Indianapolis, IN 46220


Imam, Syed
701 S. Wells, Apt 1604
Chicago, IL 60607

Iron Man LLC
129 Madeira Drive, SE
Albuquerque, NM 87108


Kalmus, Christopher
120 East Ogden
Suite 200
Hinsdale, IL 60521


Kantor, Arnold A
719 Lombardy Court
Deerfield, IL 60015


Lake Forest Partners
C/o Jeffrey Andre
27850 Ima Lee Circle, Suite 106
Lake Forest, IL 60045


Leavitt, Phillip C
7508 N. Red Ledge Drive
Paradise Valley, AZ 85253-2850


Lesser Lutrey & McGlynn, LLP
582 North Oakwood
Lake Forest, IL 60045


Lightfoot, Michael J.
680 Lions Drive
Lake Zurich, IL 60047


Lohmann, Donald G
558 Riverside Place
Lincolnshire, IL 60069


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Lucas-Andre Builders, Inc.
C/o Jeffrey Andre
27850 Ima Lee Circle, Suite 106
Lake Forest, IL 60045

Malloy, Timothy J
1205 Burr Ridge Club Drive
Willowbrook, IL 60527


Massuti, Vera
2736 N. Hampden Court
Suite 108
Chicago, IL 60614


Means, Kenneth
315 LaGrange Rd.
La Grange Park, IL 60526


Merrick, Stephen M.
2440 Lakeview, Apt. 9F
Chicago, IL 60614-2872


Metrosource, Inc.
Attn: George Tomaszewicz
6756 N. Harlem
Chicago, IL 60631


Meyer, John J
PO Box 246
Newport, RI 02840


Meyer, Margaret Van Waard
10050 S. Damen
Chicago, IL 60643


Miceli, Carmen
402 N. Wheeling Road
Prospect Heights, IL 60070


Miska, Peter
200 South Frontage Road
Willowbrook, IL 60527


Montano, Albert
1230 Park Ave. West
#216
Highland Park, IL 60035

Moon Rise Holdings
PO Box 33
Deerfield, IL 60015


Moss, Robert
184 Cedar Ave
Highland Park, IL 60035


Much Shelist
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606


Murphy III, George J.
2170 Arielle Drive, #708
Naples, FL 34109


Nazir, Saif
85 Windmill Road
Orland Park, IL 60467


NCO Financial Systems
1804 Washington Blvd.
Mail Stop 450
Baltimore, MD 21230


Negronida, Jane O.
1351 Nyoda Place
Highland Park, IL 60035


Nieto, Arthur
201 N Bragg
Warren, AR 71671


Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439


Nuno, Peter
17749 S. Torrence
Lansing, IL 60438


Office Depot
4740 121st Street
Urbandale, IA 50323

Palmer, Potter
270 E. Westminster, 2nd Floor
Lake Forest, IL 60045


R.W. Taylor, Jr. Living Trust
699 Revere Road
Glen Ellyn, IL 60137


Risk Management Alternatives
802 E. Martintown Rd
Suite 201
North Augusta, SC 29841


Ruotolo Associates
Attn: George Ruotolo
29 Broadway
Cresskill, NJ 07626


Saklecha, Aseem
1151 W. Washington
Apartment 141
Chicago, IL 60607


Schoenberg, Finkle Newman et al.
222 South Riverside
Suite 2100
Chicago, IL 60606


Shawgate Lake Forest, LLC
Four Market Square Court
Lake Forest, IL 60045


Shell Fleet
PO Box 9016
Des Moines, IA 50368


Shell Fleet
PO Box 689081
Des Moines, IA 50368-9081


Smith, Robert Clay
716 Washington Court
Grand Junction, CO 81503

Stone, Steven M. & Michael
161 N. Clark
Suite 3100
Chicago, IL 60601-3224


Taber, Frank M.
3000 Green Mountain Drive
Branson, MO 65616


Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603


Tobias, Andrew P.
787 N.E. 71st Street
Miami, FL 33138


Truitt, Diane
C/o Concepcion, Sexton & Martinez
355 Alhambra Circle, Ste. 1250
Miami, FL 33134


Unti, James A.
1000 South Knight Ave
Park Ridge, IL 60068


Weissman, Mark D.
3238 N. Lakewood
Chicago, IL 60657


Wittenberg, Richard C
3411 Camino Corte
Carlsbad, CA 92009


Yeterian, Matt
2000 Spring Road
Suite 200
Oak Brook, IL 60523


Yogi Gandhi
C/o Tim O'Leary
PO Box 29
Lake Forest, IL 60045

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ventana Financial Resources, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ventana Financial Resources, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2010**

Date

**/s/ Donna B. Wallace**

**Donna B. Wallace 6200260**

Signature of Attorney or Litigant

Counsel for   **Ventana Financial Resources, Inc.**

**Joseph A. Baldi & Associates, P.C.**
**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**
**312-726-8150 Fax:312-332-4629**
**jabaldi@ameritech.net**